A15A2334. MAYOR AND CITY COUNCIL OF THE CITY OF RICHMOND HILL et al. v. MAIA.
(805 SE2d 635)

ELLINGTON, Presiding Judge.

In *City of Richmond Hill v. Maia*, 301 Ga. 257 (800 SE2d 573) (2017), the Supreme Court of Georgia reversed Division 2 of our opinion in *Mayor and City Council of Richmond Hill v. Maia*, 336 Ga. App. 555 (784 SE2d 894) (2016), holding that Appellee cannot demonstrate proximate cause and that "Appellants were entitled to summary judgment in their favor." *City of Richmond Hill v. Maia*, 301 Ga. at 262 (2). Accordingly, we vacate Division 2 of our opinion and adopt the opinion of our Supreme Court as our own in place of that division.

*Judgment reversed. Dillard, C. J., Barnes, P. J., Ray, P. J., McMillian, Reese, and Bethel, JJ., concur.*

DECIDED SEPTEMBER 27, 2017.

*Oliver Maner, Patrick T. O'Connor, Benjamin M. Perkins, Lauren E. H. Meadows; Ray C. Smith*, for appellants.

*Jones, Osteen & Jones, Billy N. Jones, Carl R. Varnedoe*, for appellee.